UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

           Plaintiff,

-vs-                                            Case No.  2:11-cv-43-FtM-36SPC

VICTOR M. STEWART, ARNP,

           Defendant.
_____/

**ORDER**

This matter comes before the Court on the Plaintiff, the United States of America's Motion for Entry of Clerk's Default (Doc. #6) filed on May 2, 2011.  Pursuant to Fed. R. Civ. P. 4(d)(3), the Plaintiff had sixty (60) days from the date the Waiver of Service was sent to him to file an answer to the Complaint.  The Waiver of Service was sent to the Defendant on February 16, 2011, and returned signed by the Defendant on February 22, 2011. (Doc. # 4).  The Defendant had up to and including April 5, 2011, to file an answer or Rule 12(b) motion in response to the Complaint.  To date, no response has been filed.  Thus, good cause exists to grant the Clerk's Default.

Accordingly, it is now

**ORDERED:**

The Plaintiff, the United States of America's Motion for Entry of Clerk's Default   (Doc. #6) is **GRANTED**.

The Clerk of the Court is hereby directed to issue a Clerk's Default against the Defendant Victor M. Stewart.

**DONE AND ORDERED** at Fort Myers, Florida, this   5th    day of May, 2011.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record